1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL N. JONES, an individual; JILL JONES, an individual; and G.J., and individual, | CASE NO. CV 11-02851 SJO (VBKx) *[Assigned to Hon. S. James Otero, Courtroom 1]* |
| Plaintiffs, v. | **JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| COUNTY OF LOS ANGELES; LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; THE OFFICE OF COUNTY COUNSEL FOR LOS ANGELES COUNTY; CITY OF SANTA MONICA; CITY OF SANTA MONICA POLICE DEPARTMENT; CLAUDIA WANG, an individual; SHAWN RIVAS, an individual; DEBORAH RAMIREZ, an individual; YOLANDA JOHNSON, an individual; SUSAN LAND, an individual; AMIR PICHVAI, an individual; PETER ZAMFIROV, an individual; RUSSELL GRIMMOND, an individual; LESLIE TRAPNELL, an individual; and LLOYD GLADDEN, an individual, | DATE: July 9, 2012<br>TIME: 10:00 A.M.<br>PLACE: Courtroom 1<br><br>**Complaint Filed:** April 5, 2011<br><br>**Trial Date:** September 18, 2012 |

**Collins Collins Muir + Stewart** LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax  (626) 243-1111

**[PROPOSED] JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT**

|   |   |
|---|---|
|   | )
Defendants.  )
   | )

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

On July 17, 2012, after considering the moving, opposing, and reply papers, and all other matters presented to and accepted by the Court, the Hon. S. James Otero ordered that the Motion for Summary Judgment of Defendants COUNTY OF LOS ANGELES [erroneously sued as LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES and THE OFFICE OF COUNTY COUNSEL FOR LOS ANGELES COUNTY], SHAWN RIVAS, DEBORAH RAMIREZ, YOLANDA JOHNSON, and ASAYE TSEGGA (hereinafter "COUNTY DEFENDANTS"), be granted.

Having ruled to grant COUNTY DEFENDANTS' Motion for Summary Judgment,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiffs MICHAEL N. JONES, JILL JONES and G.J take nothing by this action, that their claims be dismissed on their merits and with prejudice, and that COUNTY DEFENDANTS recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: August 10, 2012  _____
Honorable S. James Otero
United States District Judge

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

2
[PROPOSED] JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT