1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| 11  MICHAEL N. JONES, an individual; JILL JONES, an individual; and G.J., an individual, | Case No. CV 11-02851 SJO (VBKx) |
| 12 | **[PROPOSED] AMENDED JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |
| 13                   Plaintiffs, | |
| 14           v. | Honorable S. James Otero |
| 15  COUNTY OF LOS ANGELES; LOS ANGELES  COUNTY | |
| 16  DEPARTMENT  OF CHILDREN AND FAMILY SERVICES; THE | |
| 17  OFFICE OF COUNTY COUNSEL FOR LOS ANGELES COUNTY; CITY | |
| 18  OF SANTA MONICA; CITY OF SANTA MONICA POLICE | |
| 19  DEPARTMENT; CLAUDIA WANG, an individual; SHAWN RIVAS, an | |
| 20  individual; DEBORAH RAMIREZ, an individual; YOLANDA JOHNSON, an | |
| 21  individual; ASAYE TSEGGA, an individual; SUSAN LAND, an | |
| 22  individual; AMIR PICHVAI, an individual; PETER ZAMFIROV, an | |
| 23  individual; RUSSELL GRIMMOND, an individual; LESLIE TRAPNELL, an | |
| 24  individual; and LLOYD GLADDEN, an individual, | |
| 25 | |
| 26                   Defendants. | |

27

28

1    TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

2    The Judgment entered on August 13, 2012 (Dkt. No. 176) is hereby amended

3    pursuant to Federal Rule of Civil Procedure 59(e) to read as follows:

4    After considering the moving, opposing, and reply papers, and all other

5    matters presented to and accepted by the Court, the Honorable S. James Otero

6    granted the Motion for Summary Judgment of Defendants COUNTY OF LOS

7    ANGELES, LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND

8    FAMILY SERVICES, THE OFFICE OF COUNTY COUNSEL FOR LOS

9    ANGELES COUNTY, SHAWN RIVAS, DEBORAH RAMIREZ, YOLANDA

10   JOHNSON, and ASAYE TSEGGA (collectively, the "COUNTY DEFENDANTS")

11   on July 17, 2012 (Dkt. No. 171).

12   The Court finds, pursuant to Federal Rule of Civil Procedure 54(b), that no

13   reason exists to delay in entering final judgment in favor of COUNTY

14   DEFENDANTS on the grounds that all causes of action asserted against them have

15   been dismissed, the only remaining defendant in this action has filed an

16   interlocutory appeal challenging the denial of her motion for summary judgment,

17   and the factual bases asserted by Plaintiffs against the various Defendants are, in

18   certain respects, distinct.  In addition, Plaintiffs indicate they intend to appeal the

19   Court's ruling as to County Defendants and entering judgment now may allow the

20   appeals to be heard in a coordinated fashion.

21

22

23

24

25

26

27

28

CALDWELL
LESLIE &
PROCTOR

1       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs

2 MICHAEL N. JONES, JILL JONES and G.J., by and through his guardian *ad litem*

3 Mark Meyers, take nothing by this action from COUNTY DEFENDANTS, that

4 Plaintiffs' claims against the COUNTY DEFENDANTS be dismissed on their

5 merits and with prejudice, and that COUNTY DEFENDANTS recover their costs of

6 suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

7 **IT IS SO ORDERED.**

8

9 Dated:   September 21, 2012          *S. James Otero*

10                 The Honorable S. James Otero
                United States District Court Judge

11

12 Prepared by:

13 _____/S/_____
ROBYN C. CROWTHER

14 CALDWELL LESLIE & PROCTOR
Attorney for Plaintiffs MICHAEL N. JONES, JILL JONES, and MARK J.

15 MEYERS, as guardian *ad litem* for G. J.

16

17

18

19

20

21

22

23

24

25

26

27

28